■ ADRIENNE CONNELLY v. ST. VINCENT'S HOSPITAL et al.— Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before

August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeals to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.